UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SKYLINE STEEL, LLC,

    Plaintiff,

v.

PILEPRO, LLC,

    Defendant.

Civil Action No. 13 Civ. 8171 (JMF)

**(PROPOSED) ORDER GRANTING PERMISSION TO WITHDRAW AS COUNSEL FOR DEFENDANT PILEPRO, LLC**

---

    Upon considering the "Notice of Motion to Withdraw as Counsel of Record for Defendant PilePro, LLC," the memorandum of law in support of Maschoff Brennan's motion, and the declaration of Bret D. Tingey, all of which are dated January 29, 2015, and all prior submissions had herein:

    **IT IS HEREBY ORDERED** that pursuant to Local Civil Rule 1.4, Larry R. Laycock, David R. Wright, Tyson K. Hottinger, and Bret D. Tingey of the law firm of Maschoff Brennan Laycock Gilmore Israelsen & Wright PLLC are granted permission by this Court to withdraw as counsel of record for Defendant PilePro, LLC.

DATED: _____

                                                                    Jesse M. Furman
                                                                    United States District Judge