UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
SKYLINE STEEL, LLC,

        Plaintiff,

v.

PILEPRO, LLC,

        Defendant.
---------------------------------------x

Civil Action No. 13 Civ. 8171 (JMF)

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR THE DEFENDANT PILEPRO, LLC.

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Michael C. Van, Micah F. McBride, Robert T. Spjute, and Gregory W. Schulz (collectively, "***Shumway Van***") will move before the Honorable Jesse Furman, at the United States District Court for the Southern District of New York, located in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an order pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York granting them leave to withdraw as counsel of record for Defendant PilePro, LLC.

PLEASE TAKE FURTHER NOTICE that opposition papers, if any, to Shumway Van's motion, shall be served and filed pursuant to Local Civil Rule 6.1(b) or as otherwise ordered by the Court.

[Signature on the following page]

DATED: February 9, 2015

                         SHUMWAY VAN & HANSEN

                         By: /s/ Michael C. Van
                             Michael C. Van
                             8 East Broadway, Suite 550
                             Salt Lake City, UT 84111
                             Email: michael@shumwayvan.com

CERTIFICATE OF SERVICE

I, Jodi Miller, hereby certify that on this 9th day of February 2015, a copy of the foregoing NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT PILEPRO, LLC; MEMORANDUM OF LAW IN SUPPORT OF SHUMWAY VAN & HANSEN'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT PILEPRO, LLC; DECLARATION OF MICHAEL VAN IN SUPPORT OF SHUMWAY VAN & HANSEN'S MOTION TO WITHDRAW was filed electronically with the Clerk of the Court through the ECF system, and that the ECF system will send electronic service of the electronic filing to all counsel of record who have registered for ECF notification and receipt of the documents filed in this matter.

/s/ Jodi Miller
Shumway Van & Hansen