UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
SKYLINE STEEL, LLC,

           Plaintiff,

v.

PILEPRO, LLC,

           Defendant.
------------------------------------x

Civil Action No. 13 Civ. 8171 (JMF)

**ORDER FOR PERMISSION TO WITHDRAW AS COUNSEL FOR DEFENDANT PILEPRO, LLC**

    Upon reading the Notice of Motion, Memorandum of Law in Support of Shumway Van & Hansen's Motion To Withdraw As Counsel For Defendant PilePro, LLC, the Declaration of Michael C. Van, dated February 9, 2015, and all prior submissions had herein:

    IT IS HEREBY ORDERED that Michael C. Van, Micah F. McBride, Robert T. Spjute, and Gregory W. Schulz of the law firm of Shumway Van & Hansen are, pursuant to Local Civil Rule 1.4, granted permission by this Court to withdraw as counsel of record for Defendant PilePro, LLC.

DATED: _____

                                                    _____
                                                    JESSE M. FURMAN
                                                    United States District Judge