IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
SKYLINE STEEL, LLC,                    :
                                       :
                                       :  Civil Action No. 13 Civ. 8171 (JMF)
            Plaintiff,                 :
                                       :
v.                                     :                                 :
PILEPRO, LLC,                          :
                                       :
            Defendant.                 :
                                       :
---------------------------------------x

## DECLARATION OF MICHAEL C. VAN
## IN SUPPORT OF SHUMWAY VAN & HANSEN'S MOTION TO WITHDRAW

I, Michael C. Van, declare as follows:

1.  I am a partner in the law firm of Shumway, Van & Hansen ("*Shumway Van*"), attorneys for PilePro, LLC ("*PilePro*") in the above-captioned matter. I am familiar with the facts of this case and make this Declaration in connection with Shumway Van's motion to withdraw as counsel.

2.  On October 3, 2014, the Court admitted me to represent PilePro in this case. I am now lead counsel for PilePro in this matter.

3.  Shumway Van requests leave to withdraw as PilePro's counsel because PilePro has failed to pay attorney's fees and litigation costs associated with the above captioned matter and for failure to communicate.

4.  Shumway Van and PilePro entered into a fee agreement whereby PilePro agreed to pay all bills within 30 days of presentment with a minimum payment to be paid on the first of every month.

1

5. PilePro has not paid Shumway Van for invoices for the past three months.

6. PilePro has failed to pay the amounts owed to Shumway Van and has been unwilling or unable to provide written assurances that it will be able to pay the outstanding attorney's fees and legal expenses currently owed to Shumway Van or those that are expected to be incurred in the future.

7. Furthermore, PilePro has completely cut off all communication with Shumway Van for several weeks.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 9, 2015

                                          SHUMWAY VAN & HANSEN

                                          /s/ Michael C. Van
                                          Michael C. Van
                                          Michael@shumwayvan.com
                                          8985 South Eastern Avenue Suite 100
                                          Las Vegas, NV 89123
                                          (702) 478-7770