UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SKYLINE STEEL, LLC,

           Plaintiff,

v.

PILEPRO, LLC,

           Defendant.

Civil Action No. 13 Civ. 8171 (JMF)

---

## DECLARATION OF JENNA W. LOGOLUSO IN SUPPORT OF SKYLINE STEEL, LLC'S SUPPLEMENTAL BRIEF PURSUANT TO COURT ORDER

Jenna W. Logoluso, under penalty of perjury, hereby declares as follows:

1. I am an Associate with the law firm of Winston & Strawn LLP, counsel for Plaintiff Skyline Steel, LLC ("Skyline") in the above-titled action, and am admitted *pro hac vice* before this Court.

2. I am familiar with the facts of this case and make this Declaration in support of Skyline's Supplemental Brief Pursuant to Court Order. This declaration is filed in conjunction Plaintiff's Supplemental Brief Pursuant to Court Order.

3. Attached hereto as Exhibit 1 is a true and correct copy of the relevant excerpts the transcript of the hearing before this Court on September 23, 2014. Dkt. 105-21.

4. Attached hereto as Exhibit 2 is a is a true and correct copy of the relevant excerpts of the Gerry McShane deposition, which took place on March 12, 2015 ("McShane I Tr.").

5. Attached hereto as Exhibit 3 is a true and correct copy of Defendant PilePro LLC's Response to Plaintiff's Contention Interrogatories, served March 30, 2015.

6. Attached hereto as Exhibit 4 is a true and correct copy of the relevant excerpts of the Paul Whitworth deposition, which took place on March 25, 2015.

7. Attached hereto as Exhibit 5 is a true and correct copy of Plaintiff's Exhibit 136 to McShane I Tr., bates-labeled PILEPRO-MCSHANE053955-58.

8. Attached hereto as Exhibit 6 is a true and correct copy of the relevant excerpts of the Rule 30(b)(6) deposition of Montrose Software LLC, which took place on July 16, 2014.

9. Attached hereto as Exhibit 7 is a true and correct copy of the relevant excerpts of the Karin Maake deposition, which took place on October 14, 2014.

10. Attached hereto as Exhibit 8 is a true and correct copy of a letter from Janet B. Linn to Jenna Logoluso, dated March 9, 2015.

11. Attached hereto as Exhibit 9 is a is a true and correct copy of the relevant excerpts of the Gerry McShane deposition, which took place on March 27, 2015 ("McShane III Tr.").

12. Attached hereto as Exhibit 10 is a true and correct copy of Plaintiff's Exhibit 135 to McShane I Tr., bates-labeled PILEPRO-MCSHANE061317-18.

13. Attached hereto as Exhibit 11 is a true and correct copy of the relevant excerpts of the Rule 30(b)(6) deposition of L.B. Foster Co., which took place on March 20, 2015.

14. Attached hereto as Exhibit 12 is a true and correct copy of Plaintiff's Exhibit 153 to the L.B. Foster deposition, bates-labeled LBF00313-15.

15. Attached hereto as Exhibit 13 is a true and correct copy of Plaintiff's Exhibit 183 to the Paul Whitworth deposition, bates-labeled LBF00319-22.

16. Attached hereto as Exhibit 14 is a true and correct copy of Plaintiff's Exhibit 155 to the L.B. Foster deposition, bates-labeled LBF00379-81.

17. Attached hereto as Exhibit 15 is a true and correct copy of Plaintiff's Exhibit 156 to the L.B. Foster deposition, bates-labeled LBF00340-47.

18. Attached hereto as Exhibit 16 is a true and correct copy of Plaintiff's Exhibit 157 to the L.B. Foster deposition, bates-labeled PILEPRO-MCSHANE019798-99.

19. Attached hereto as Exhibit 17 is a true and correct copy of Plaintiff's Exhibit 158 to the L.B. Foster deposition, bates-labeled PILEPRO-MCSHANE059287.

NY:1690848.1

20. Attached hereto as Exhibit 18 is a true and correct copy of Plaintiff's Exhibit 142 to the L.B. Foster deposition, bates-labeled PILEPRO-MCSHANE059606-08.

21. Attached hereto as Exhibit 19 is a true and correct copy of Plaintiff's Exhibit 161 to the L.B. Foster deposition, bates-labeled LBF00411-13.

22. Attached hereto as Exhibit 20 is a is a true and correct copy of the relevant excerpts of the Gerry McShane deposition, which took place on March 13, 2015 ("McShane II Tr.").

23. Attached hereto as Exhibit 21 is a true and correct copy of Plaintiff's Exhibit 184 to the Paul Whitworth deposition, bates-labeled LBF00375-76.

24. Attached hereto as Exhibit 22 is a true and correct copy of the relevant excerpts of the John Madonna deposition, which took place on March 26, 2015.

25. Attached hereto as Exhibit 23 is a true and correct copy of Plaintiff's Exhibit 34 to McShane II Tr., bates-labeled PPLLC002269.

26. Attached hereto as Exhibit 24 is a true and correct copy of Plaintiff's Exhibit 51 to the Montrose Software LLC deposition.

I declare the foregoing under penalty of perjury under the laws of the United States of America and the State of New York.

Dated: Los Angeles, California
April 10, 2015

By: */s/ Jenna W. Logoluso*
Jenna W. Logoluso