# EXHIBIT 1

# Investigation & Drafting


| Date | Timekeeper | Hourly Rate | Billed Hours | Billed Value | Phase Code | Phase Description | Task Code | Task Description | Allocated Hours | Allocated Value | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/21/14 | Badini, Aldo A. | $882.00 | 0.50 | $441.00 | L300 | Discovery | L390 | Written Discovery | 0.50 | $441.00 | Attention to potential spoliation issues including communications with Mr. Rosenthal and Ms. Obi regarding law and factual timeline |
| 07/21/14 | Obi, Shawn R. | | 5.70 | $2,177.40 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 1.00 | $381.00 | Prepare timeline of events re spoliation issues |
| 07/24/14 | Badini, Aldo A. | $882.00 | 1.75 | $1,543.50 | L300 | Discovery | L390 | Written Discovery | 1.75 | $1,543.50 | Communications with Ms. Logoluso and Mr. Costello regarding follow up production issues re PilePro and Montrose and spoliation issues in preparation for meet and confer; attention to proposed discovery from Skyline and communications with Ms. Logolu so regarding same; review memorandum by Mr. Costello regarding adverse inference issues and follow up with team regarding same; commence review of Montrose transcript with eye toward follow up and spoliation issues |
| 07/24/14 | Costello, Christopher C. | $550.00 | 3.80 | $2,090.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 3.80 | $2,090.00 | Draft overview of sanctions and adverse inference law in SDNY; circulate same; |
| 07/25/14 | Badini, Aldo A. | $882.00 | 1.50 | $1,323.00 | L300 | Discovery | L390 | Written Discovery | 1.50 | $1,323.00 | Commence review of Montrose deposition transcript and numerous communications with Mr. Costello and Ms. Logoluso regarding follow up with Montrose and PilePro regarding ediscovery and spoliation issues |
| 07/25/14 | Costello, Christopher C. | $550.00 | 3.00 | $1,650.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.50 | $275.00 | review A. Badini e-mails; prepare for meet and confer call with J. Logoluso and opposing counsel re meet and confer |
| 07/28/14 | Badini, Aldo A. | $882.00 | 0.75 | $661.50 | L300 | Discovery | L390 | Written Discovery | 0.75 | $661.50 | Communications regarding spoliation issues and meet and confer with PilePro and Montrose; conference call with Ms. Logoluso and Ms. Obi regarding adverse inference legal research issues |
| 07/28/14 | Badini, Aldo A. | $882.00 | 0.25 | $220.50 | L100 | Case Assessment, Development, and Administration | L110 | Fact Investigation/Development | 0.25 | $220.50 | Communications regarding tracking down witnesses in Texas including Esteban regarding potential document spoliation issues |
| 07/28/14 | Costello, Christopher C. | $550.00 | 0.90 | $495.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.90 | $495.00 | E-mails with J. Logoluso; discuss Google Analytics with S. Cohen; e-mails from A. Badini |
| 07/28/14 | Obi, Shawn R. | $382.00 | 5.10 | $1,948.20 | L300 | Discovery | L320 | Written Discovery | 1.00 | $382.00 | trategize re adverse inference and spoliation research |
| 07/29/14 | Costello, Christopher C. | $550.00 | 1.60 | $880.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 1.00 | $550.00 | Review Strasser depo transcript; e-mails with J. Logoluso re search terms; review opposing counsel response and e-mail J. Logoluso re same |
| 07/30/14 | Badini, Aldo A. | $882.00 | 0.20 | $176.40 | L100 | Case Assessment, Development, and Administration | L110 | Fact Investigation/Development | 0.20 | $176.40 | Attention to reports from Ms. Logoluso regarding witness interviews including relating to Esteban |
| 07/30/14 | Costello, Christopher C. | $550.00 | 0.90 | $495.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.40 | $220.00 | Call with J. Logoluso re ESI handling; |
| 07/30/14 | Logoluso, Jenna W. | $475.00 | 5.00 | $2,375.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.40 | $190.00 | teleconference with E. Castoreno re work at LB&M; teleconference with C. Costello; |
| 08/17/14 | Obi, Shawn R. | $382.00 | 4.20 | $1,604.40 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 4.20 | $1,604.40 | Research case law re auto deletion and routine destruction of documents and discovery sanctions for spoliation |
| 08/18/14 | Obi, Shawn R. | $382.00 | 4.50 | $1,719.00 | L200 | Pre-Trial Pleadings and Motions | L240 | Pleadings | 3.00 | $1,146.00 | Draft research memorandum re spoliation issues; revise memorandum re electronic discovery |
| 08/19/14 | Costello, Christopher C. | $550.00 | 2.00 | $1,100.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 2.00 | $1,100.00 | Review isheetpile chats; discuss same and lack of metadata with J. Logoluso; review additional cases on spoliation and e-mails with J. Logoluso re team call; discuss search term results with J. Logoluso |
| 08/21/14 | Badini, Aldo A. | $882.00 | 0.25 | $220.50 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.25 | $220.50 | Communications with Ms. Obi regarding spoliation issues; attention to new SDNY spoliation case and communications with Ms. Obi regarding same |
| 08/24/14 | Logoluso, Jenna W. | $475.00 | 1.70 | $807.50 | L300 | Discovery | L390 | Written Discovery | 0.50 | $237.50 | review research re spoliation; |
| 08/25/14 | Badini, Aldo A. | $882.00 | 0.20 | $176.40 | L300 | Discovery | L330 | Written Discovery | 0.20 | $176.40 | Communications with Ms. Logoluso regarding Maake deposition and spoliation issues |
| 08/28/14 | Badini, Aldo A. | $882.00 | 3.00 | $2,646.00 | L300 | Discovery | L390 | Written Discovery | 0.50 | $441.00 | attention to spoliation issues including review of latest Mitchell letter and communications with Ms. Logoluso regarding same; |
| 08/29/14 | Badini, Aldo A. | $882.00 | 0.25 | $220.50 | L300 | Discovery | L350 | Written Discovery | 0.25 | $220.50 | Communications with Ms. Logoluso regarding potential spoliation motion and Google analytics issue |

Highly Confidential -- Attorney's Eyes Only



| Date | Timekeeper | Hourly Rate | Billed Hours | Billed Value | Phase Code | Phase Description | Task Code | Task Description | Allocated Hours | Allocated Value | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/29/14 | Costello, Christopher C. | $550.00 | 1.90 | $1,045.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 1.90 | $1,045.00 | Review e-mail re spoliation considerations; e-mails and calls with J. Logoluso; review documents produced by opposing counsel |
| 09/01/14 | Costello, Christopher C. | $550.00 | 2.50 | $1,375.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 2.50 | $1,375.00 | Review Wendt and Strasser depositions; draft notes for follow up at Maake deposition |
| 09/08/14 | Logoluso, Jenna W. | $475.00 | 3.00 | $1,425.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.75 | $356.25 | ■■■ review spoliation memo |
| 09/15/14 | Badini, Aldo A. | $882.00 | 0.75 | $661.50 | L300 | Discovery | L350 | Written Discovery | 0.75 | $661.50 | Communications with Ms. Logoluso and Mr. Costello regarding potential spoliation motion   follow up regarding same |
| 09/15/14 | Logoluso, Jenna W. | $475.00 | 7.60 | $3,610.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.30 | $142.50 | ■■■ teleconferences with A. Badini re s ame and re spoliation motion ■■■ |
| 09/15/14 | Costello, Christopher C. | $550.00 | 2.50 | $1,375.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 1.50 | $825.00 | E-mails with A. Badini and J. Logoluso re Maake deposition and strategy re spoliation motion; call with J. Logoluso re discovery issues; ■■■ |
| 10/10/14 | Costello, Christopher C. | $550.00 | 0.70 | $385.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.40 | $220.00 | ■■■ e-mails re Maake deposition preparation |
| 10/13/14 | Badini, Aldo A. | $882.00 | 0.50 | $441.00 | L300 | Discovery | L330 | Written Discovery | 0.50 | $441.00 | Communications with Ms. Logoluso regarding Maake deposition and strategic issues regarding same;  comments on draft outline of deposition questions and communications with Ms. Logoluso regarding same |
| 10/13/14 | Costello, Christopher C. | $550.00 | 2.20 | $1,210.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 2.20 | $1,210.00 | Review and revise Maake depo outline; send same to J. Logoluso; call re scheduling; call with J. Logoluso re Maake deposition |
| 10/14/14 | Badini, Aldo A. | $882.00 | 2.50 | $2,205.00 | L200 | Pre-Trial Pleadings and Motions | L240 | Pleadings | 0.50 | $441.00 | ■■■ communications with team regarding potential spoliation motion ■■■ |
| 10/15/14 | Badini, Aldo A. | $882.00 | 0.50 | $441.00 | L200 | Pre-Trial Pleadings and Motions | L250 | Pleadings | 0.50 | $441.00 | Meeting with Mr. Costello regarding potential spoliation motion; communications with Ms. Logoluso regarding same |
| 10/15/14 | Costello, Christopher C. | $550.00 | 0.60 | $330.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.60 | $330.00 | Discuss status and strategy with A. Badini; e-mail J. Logoluso re same |
| 10/21/14 | Badini, Aldo A. | $882.00 | 0.50 | $441.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.50 | $441.00 | Communications with team regarding attorneys fees and spoliation motions and issues relating to same |
| 10/21/14 | Costello, Christopher C. | $550.00 | 0.70 | $385.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.70 | $385.00 | Call with J. Logoluso re status and spoliation motion; e-mails from A. Badini re same |
| 10/21/14 | Logoluso, Jenna W. | $475.00 | 11.40 | $5,415.00 | L200 | Pre-Trial Pleadings and Motions | L240 | Pleadings | 0.50 | $237.50 | ■■■ teleconference with C. Costello spoliation ■■■ |
| 10/22/14 | Costello, Christopher C. | $550.00 | 1.20 | $660.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 1.20 | $660.00 | Draft outline of sanctions motion; send same to J. Rosenthal and J. Logoluso; e-mails with K. Budnick and J. Logoluso re production issues |
| 10/24/14 | Badini, Aldo A. | $882.00 | 2.00 | $1,764.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.50 | $441.00 | ■■■ participation in team call to discuss same as well as other strategic issues including response to withdrawal motion and sp oliation motion ■■■ |
| 10/26/14 | Costello, Christopher C. | $550.00 | 1.00 | $550.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 1.00 | $550.00 | Review sanctions decisions; draft legal standard section for spoliation motion; |
| 11/01/14 | Costello, Christopher C. | $550.00 | 0.50 | $275.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.50 | $275.00 | E-mails with J. Logolouso re status and strategy; review comments on draft spoliation brief |
| 11/10/14 | Logoluso, Jenna W. | $475.00 | 4.50 | $2,137.50 | L300 | Discovery | L330 | Written Discovery | 0.25 | $118.75 | ■■■ teleconference with C. Costello re spoliation motion; ■■■ |
| 11/10/14 | Costello, Christopher C. | $550.00 | 0.60 | $330.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.60 | $330.00 | E-mails with A. Badini and J. Logoluso re status and strategy; review motion for summary judgment for inclusion of facts in spoliation motion |
| 11/11/14 | Logoluso, Jenna W. | $475.00 | 1.20 | $570.00 | L300 | Discovery | L330 | Written Discovery | 0.75 | $356.25 | ■■■ call Court re spoliation motion teleconference with C. Costello re spoliation motion; ■■■ |
| 11/11/14 | Costello, Christopher C. | $550.00 | 0.20 | $110.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.20 | $110.00 | E-mails with J. Logoluso re status |

Highly Confidential -- Attorney's Eyes Only



| Date | Timekeeper | Hourly Rate | Billed Hours | Billed Value | Phase Code | Phase Description | Task Code | Task Description | Allocated Hours | Allocated Value | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/12/14 | Badini, Aldo A. | $882.00 | 0.50 | $441.00 | L300 | Discovery | L350 | Written Discovery | 0.50 | $441.00 | Attention to spoliation motion and communications with team regarding same |
| 11/13/14 | Costello, Christopher C. | $550.00 | 0.70 | $385.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.70 | $385.00 | Draft spoliation motion |
| 11/14/14 | Costello, Christopher C. | $550.00 | 3.00 | $1,650.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 3.00 | $1,650.00 | Draft spoliation motion; circulate same to A. Badini and J. Logoluso |
| 11/17/14 | Badini, Aldo A. | $882.00 | 0.50 | $441.00 | L200 | Pre-Trial Pleadings and Motions | L250 | Pleadings | 0.25 | $220.50 | Comments on draft spoliation motion and communications with Mr. Costello regarding same. |
| 11/17/14 | Costello, Christopher C. | $550.00 | 0.90 | $495.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.90 | $495.00 | E-mails with S. Obi and K. Budnick re custodians; review comments to spoliation motion from A. Badini; revise motion |
| 11/18/14 | Costello, Christopher C. | $550.00 | 1.30 | $715.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.50 | $275.00 | discuss results of Borger depo and effect on spoliation motion  work on motion |
| 11/19/14 | Badini, Aldo A. | $882.00 | 2.00 | $1,764.00 | L200 | Pre-Trial Pleadings and Motions | L250 | Pleadings | 0.25 | $220.50 | telephone call with Mr. Costello regarding spoliation motion issues; |
| 11/19/14 | Costello, Christopher C. | $550.00 | 2.70 | $1,485.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 2.70 | $1,485.00 | Revise spoliation brief; discuss results of depositions with A. Badini for inclusion in the motion; review Borger deposition transcript; research Paper Trail and Google Analytics |
| 11/20/14 | Costello, Christopher C. | $550.00 | 2.50 | $1,375.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 1.20 | $660.00 | revise spoliation motion; review memo re Google Analytics information |
| 11/21/14 | Costello, Christopher C. | $550.00 | 1.10 | $605.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 1.10 | $605.00 | Revise spoliation motion; research comparison grid and Papertrail; e-mail J. Logoluso and A. Badini re same |
| 11/24/14 | Costello, Christopher C. | $550.00 | 1.00 | $550.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 1.00 | $550.00 | Review Google Analytics data; work on motion |
| 11/25/14 | Logoluso, Jenna W. | $475.00 | 6.60 | $3,135.00 | L200 | Pre-Trial Pleadings and Motions | L210 | Pleadings | 0.50 | $237.50 | teleconference. with C. Costello re spoliation |
| 11/25/14 | Costello, Christopher C. | $550.00 | 4.50 | $2,475.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 4.50 | $2,475.00 | Review and analyze Google Analytics data; discuss same and spoliation motion with A. Badini; meet with C. Shea and J. Doran re completing analysis of produced documents and information; review opposition to summary judgment; revise draft of spoliatio n motion; call with G. Camisa re: deposition exhibits and |
| 11/26/14 | Costello, Christopher C. | $550.00 | 1.70 | $935.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 1.70 | $935.00 | Draft preliminary statement and revise memo to include additional PilePro conduct; research Papertrail capabilities; review spreadsheet re Google Analytics data |
| 12/01/14 | Costello, Christopher C. | $550.00 | 2.00 | $1,100.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 2.00 | $1,100.00 | Draft and revise memo of law on spoliation; circulate same to A. Badini |
| 12/02/14 | Badini, Aldo A. | $882.00 | 2.00 | $1,764.00 | L200 | Pre-Trial Pleadings and Motions | L250 | Pleadings | 2.00 | $1,764.00 | Review draft of spoliation motion and comments regarding same; communications with team regarding necessary factual and legal research; analysis of select deposition testimony regarding various preservation and spoliation issues |
| 12/02/14 | Logoluso, Jenna W. | $475.00 | 8.80 | $4,180.00 | L200 | Pre-Trial Pleadings and Motions | L240 | Pleadings | 0.50 | $237.50 | email correspondence re spoliation motion; teleconference with C. Costello re spoliation motion; teleconference with G. Cami sa re expert meeting and reply brief logistics; teleconference with F. Restagno re legal research for reply brief; continue drafting bad faith section of reply brief; continue drafting responses and objections to 56.1 statement; draft insert for spol iation brief |
| 12/02/14 | Costello, Christopher C. | $550.00 | 3.50 | $1,925.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 3.50 | $1,925.00 | Research caselaw on obligation to inform 3rd parties of litigation hold; draft and revise spoliation memo to include same; e-mails to. A Badini re issues for spoliation motion; circulate Google Analytics summary spreadsheet; discuss same with J. Logoluso |
| 12/03/14 | Badini, Aldo A. | $882.00 | 2.00 | $1,764.00 | L200 | Pre-Trial Pleadings and Motions | L250 | Pleadings | 2.00 | $1,764.00 | Comments on brief in support of draft spoliation motion;  attention to initial disclosures relating to PilePro custody and control over third parties; communications with Mr. Costello regarding proposed inserts to draft brief based on PilePro admissions in response to summary judgment motion |

Highly Confidential -- Attorney's Eyes Only


| Date | Timekeeper | Hourly Rate | Billed Hours | Billed Value | Phase Code | Phase Description | Task Code | Task Description | Allocated Hours | Allocated Value | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/03/14 | Logoluso, Jenna W. | $475.00 | 9.50 | $4,512.50 | L200 | Pre-Trial Pleadings and Motions | L240 | Pleadings | 0.50 | $237.50 | teleconference with C. Costello re spoliation brief |
| 12/03/14 | Costello, Christopher C. | $550.00 | 4.70 | $2,585.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 4.70 | $2,585.00 | Draft and revise spoliaition motion; discuss same with A. Badini; call with case team re: status and strategy; review e-mails from J. Logoluso re scheduling |
| 12/04/14 | Badini, Aldo A. | $882.00 | 1.00 | $882.00 | L200 | Pre-Trial Pleadings and Motions | L250 | Pleadings | 1.00 | $882.00 | Comments on draft spoliation motion brief;  communications with client regarding same |
| 12/04/14 | Costello, Christopher C. | $550.00 | 2.00 | $1,100.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 2.00 | $1,100.00 | Discuss status and timing of spoliation motion with L. Lerner and J. Logoluso; review and revise memo of law to include A. Badini comments; e-mail from J. Logoluso re Hague Convention timing |
| 12/05/14 | Badini, Aldo A. | $882.00 | 1.75 | $1,543.50 | L200 | Pre-Trial Pleadings and Motions | L250 | Pleadings | 1.75 | $1,543.50 | Comments on draft brief in support of spoliation motion and communications with Mr. Costello and client regarding same;  communications with Mr. Lazar regarding comments |
| 12/05/14 | Costello, Christopher C. | $550.00 | 2.60 | $1,430.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 1.50 | $825.00 | draft response to client question re trigger or obligation to preserve; discuss same with A. Badini; revise motion to incorporate J. Lazar comments; |
| 12/06/14 | Badini, Aldo A. | $882.00 | 0.10 | $88.20 | L200 | Pre-Trial Pleadings and Motions | L250 | Pleadings | 0.10 | $88.20 | Communications with Mr. Costello regarding status of spoliation brief and supporting declaration |
| 12/06/14 | Costello, Christopher C. | $550.00 | 2.50 | $1,375.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 2.50 | $1,375.00 | Draft affirmation re spoliation motion; review and revise motion; e-mail G. Camisa re cite checking |
| 12/07/14 | Badini, Aldo A. | $882.00 | 1.00 | $882.00 | L200 | Pre-Trial Pleadings and Motions | L250 | Pleadings | 1.00 | $882.00 | Comments on latest draft of spoliation brief and communications with Mr. Costello regarding same |
| 12/07/14 | Costello, Christopher C. | $550.00 | 3.50 | $1,925.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 3.50 | $1,925.00 | Draft and revise affirmation in support; revise memo of law; e-mails with G. Camisa and J. Logoluso; e-mails with J. Logoluso re comments to same |
| 12/08/14 | Badini, Aldo A. | $882.00 | 1.00 | $882.00 | L200 | Pre-Trial Pleadings and Motions | L250 | Pleadings | 1.00 | $882.00 | Final comments on draft spoliation motion brief and communications with Mr. Costello regarding same |
| 12/08/14 | Logoluso, Jenna W. | $475.00 | 8.90 | $4,227.50 | L200 | Pre-Trial Pleadings and Motions | L240 | Pleadings | 0.50 | $237.50 | teleconference with C. Costello re spoliation filing; |
| 12/08/14 | Costello, Christopher C. | $550.00 | 8.50 | $4,675.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 8.50 | $4,675.00 | Draft and revise motion for sanctions; prepare exhibits for filing; finalize and file same |
| 12/12/14 | Badini, Aldo A. | $882.00 | 1.00 | $882.00 | L200 | Pre-Trial Pleadings and Motions | L250 | Pleadings | 0.25 | $220.50 | communications with Mr. Costello regarding spoliation motion schedule and negotiations with PilePro counsel |
| 12/12/14 | Costello, Christopher C. | $550.00 | 1.00 | $550.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 1.00 | $550.00 | E-mail from A. Badini re discussion with D. Mitchell; calls with M. Van re briefing schedule for spoliation motion; e-mails with A. Badini re same; send e-mail to M. Van confirming dates |
| 12/15/14 | Logoluso, Jenna W. | $475.00 | 3.10 | $1,472.50 | L200 | Pre-Trial Pleadings and Motions | L210 | Pleadings | 0.30 | $142.50 | teleconference with C. Costello re spoliation; |
| 12/15/14 | Badini, Aldo A. | $882.00 | 3.00 | $2,646.00 | L200 | Pre-Trial Pleadings and Motions | L250 | Pleadings | 0.25 | $220.50 | communications regarding spoliation motion briefing schedule |
| 12/15/14 | Costello, Christopher C. | $550.00 | 1.20 | $660.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 1.20 | $660.00 | Draft stipulation re briefing schedule and circulate same for approval |
| 01/10/15 | Logoluso, Jenna W. | $475.00 | 0.20 | $95.00 | L200 | Pre-Trial Pleadings and Motions | L210 | Pleadings | 0.20 | $95.00 | Attention to email correspondence re PilePro's opposition to spoliation motion |
| 01/10/15 | Costello, Christopher C. | $550.00 | 1.00 | $550.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 1.00 | $550.00 | Review opposition to motion for spoliation sanctions; e-mail team thoughts re same |
| 01/10/15 | Badini, Aldo A. | $882.00 | 1.50 | $1,323.00 | L200 | Pre-Trial Pleadings and Motions | L250 | Pleadings | 1.50 | $1,323.00 | Review PilePro brief and declaration in opposition to motion for spoliation sanctions and communications with team regarding possible ideas for reply brief;  communications with team regarding necessary factual work for declaration;  setting up call to discuss reply brief |
| 01/11/15 | Costello, Christopher C. | $550.00 | 3.00 | $1,650.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 3.00 | $1,650.00 | Review opposition to spoliation motion and cases cited by defendants; research additional case law |
| 01/11/15 | Johnson, Merritt D. | $643.00 | 2.44 | $1,568.92 | L200 | Pre-Trial Pleadings and Motions | L250 | Pleadings | 2.44 | $1,568.92 | Review PilePro's response to Spoilation motion. |
| 01/12/15 | Badini, Aldo A. | $882.00 | 0.50 | $441.00 | L200 | Pre-Trial Pleadings and Motions | L250 | Pleadings | 0.50 | $441.00 | Preparation for and participation in team call regarding possible response to PilePro opposition to spoliation sanctions request;  follow up discussions regarding same |
| 01/13/15 | Costello, Christopher C. | $550.00 | 0.30 | $165.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.30 | $165.00 | Discuss opposition points with J. Rosenthal |

Highly Confidential -- Attorney's Eyes Only



| Date | Timekeeper | Hourly Rate | Billed Hours | Billed Value | Phase Code | Phase Description | Task Code | Task Description | Allocated Hours | Allocated Value | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/14/15 | Costello, Christopher C. | $550.00 | 0.40 | $220.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.40 | $220.00 | Discuss discovery requests to G. McShane with J. Logoluso; send definitions of Google Analytics and Papertrail |
| 01/18/15 | Costello, Christopher C. | $550.00 | 1.00 | $550.00 | L200 | Pre-Trial Pleadings and Motions | L250 | Pleadings | 1.00 | $550.00 | Review spoliation briefing and strategize re reply brief |
| 01/19/15 | Badini, Aldo A. | $882.00 | 0.25 | $220.50 | L200 | Pre-Trial Pleadings and Motions | L250 | Pleadings | 0.25 | $220.50 | Telephone call with Mr. Costello regarding proposed strategy and outline for reply brief on spoliation motion |
| 01/20/15 | Costello, Christopher C. | $550.00 | 0.50 | $275.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.50 | $275.00 | Revise outline for reply brief on spoliation motion; circulate same |
| 01/21/15 | Badini, Aldo A. | $882.00 | 0.20 | $176.40 | L200 | Pre-Trial Pleadings and Motions | L250 | Pleadings | 0.20 | $176.40 | Comments on draft outline of reply brief on spoliation motion and communications with Mr. Costello regarding same |
| 01/21/15 | Costello, Christopher C. | $550.00 | 1.30 | $715.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.70 | $385.00 | discuss status of spoliation motion reply; review A. Badini comments to spoliation reply outline; |
| 01/23/15 | Costello, Christopher C. | $550.00 | 0.40 | $220.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.40 | $220.00 | E-mails from J. Logoluso re McShane depo and adjournment of reply date on spoliation motion |
| 01/28/15 | Costello, Christopher C. | $550.00 | 0.60 | $330.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.30 | $165.00 | E-mails with A. Badini re status of spoliation and McShane prep; review decision on Hague Convention motion |
| 01/31/15 | Logoluso, Jenna W. | $475.00 | 0.20 | $95.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.20 | $95.00 | Attention to email re sanctions |
| 02/03/15 | Costello, Christopher C. | $550.00 | 0.80 | $440.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.80 | $440.00 | Call with case team re strategy; discuss spoliation motion exhibits with J. Logoluso and G. Camisa |
| 02/06/15 | Logoluso, Jenna W. | $475.00 | 2.40 | $1,140.00 | L200 | Pre-Trial Pleadings and Motions | L210 | Pleadings | 1.50 | $712.50 | review spoliation briefing and review/analyze e mailcorrespondence for purpose of replying to same |
| 03/21/15 | Costello, Christopher C. | $568.00 | 5.00 | $2,840.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 5.00 | $2,840.00 | Draft and revise reply brief on spoliation motion; research caselaw re same |
| 03/22/15 | Costello, Christopher C. | $568.00 | 4.00 | $2,272.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 3.50 | $1,988.00 | Draft and revise reply brief on spoliation motion; |
| 03/22/15 | Badini, Aldo A. | $908.00 | 1.00 | $908.00 | L200 | Pre-Trial Pleadings and Motions | L250 | Pleadings | 0.40 | $363.20 | comments on draft reply brief in support of spoliation sanctions and communications with Mr. Costello regarding same |
| 03/24/15 | Badini, Aldo A. | $908.00 | 0.50 | $454.00 | L300 | Discovery | L350 | Written Discovery | 0.25 | $227.00 | comments on draft reply brief in support of spoliation motion |
| 03/24/15 | Costello, Christopher C. | $568.00 | 4.20 | $2,385.60 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 3.00 | $1,704.00 | Draft and revise spoliation reply; |
| 03/25/15 | Badini, Aldo A. | $908.00 | 0.40 | $363.20 | L300 | Discovery | L350 | Written Discovery | 0.40 | $363.20 | Comments on latest draft of reply brief in support of spoliation motion and communications with Mr. Costello regarding same |
| 03/25/15 | Costello, Christopher C. | $568.00 | 5.00 | $2,840.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 5.00 | $2,840.00 | Draft and revise spoliation motion; draft and revise declaration; prepare exhibits |
| 03/25/15 | Camisa, Gloria D. | $286.00 | 2.00 | $572.00 | L300 | Discovery | L330 | Written Discovery | 1.50 | $429.00 | Cite check spoliation sanctions reply brief; prepare table of authorities; confer with C. Costello re same; |
| 03/26/15 | Restagno, Frank S. | $371.00 | 4.05 | $1,502.55 | L300 | Discovery | L350 | Written Discovery | 4.05 | $1,502.55 | Prepare for filing reply brief in support of motion for spoliation sanctions |
| 03/26/15 | Costello, Christopher C. | $568.00 | 3.50 | $1,988.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 3.50 | $1,988.00 | Draft and revise brief; finalize motion and file same |
| 03/31/15 | Badini, Aldo A. | $908.00 | 0.20 | $181.60 | L300 | Discovery | L390 | Written Discovery | 0.20 | $181.60 | Communications with Mr. Costello, including meeting, regarding privilege and spoliation disputes and scheduling meet and confer |
| 04/06/15 | Costello, Christopher C. | $568.00 | 1.70 | $965.60 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.70 | $397.60 | draft insert for supplemental brief on spoliation questions from Judge Furman |
| 04/07/15 | Costello, Christopher C. | $568.00 | 0.50 | $284.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 0.25 | $142.00 | E-mails with J. Logoluso re insert for supplemental brief; |
| 04/08/15 | Costello, Christopher C. | $568.00 | 4.50 | $2,556.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/Development | 1.00 | $568.00 | revise supplemental briefing and re-circulate same |
| | **Original Total** | | **253.29** | **$141,901.37** | | | | **Allocated Total** | **148.24** | **$86,730.62** | |

# Allocated Time Related To Taking Depositions

| Date | Timekeeper | Hourly Rate | Billed Hours | Billed Value | Phase Code | Phase Description | Task Code | Task Description | Allocated Hours | Allocated Value | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/16/14 | Logoluso, Jenna W. | $475.00 | 3.90 | $1,852.50 | L300 | Discovery | L390 | Written Discovery | 1.00 | $475.00 | teleconference with S. Obi re Montrose subpoena [redacted] |
| 06/18/14 | Badini, Aldo A. | $882.00 | 0.75 | $661.50 | L300 | Discovery | L330 | Written Discovery | 0.50 | $441.00 | [redacted] comments on outline of 30(b)(6) topics for upcoming deposition; communications with Ms. Logoluso regarding Montrose subpoena issues; [redacted] |
| 06/25/14 | Badini, Aldo A. | $882.00 | 0.50 | $441.00 | L300 | Discovery | L330 | Written Discovery | 0.50 | $441.00 | Communications with Ms. Logoluso regarding Montrose deposition issues; communications relating to 30(b)(6) deposition issues including relating to video exhibits |
| 06/25/14 | Logoluso, Jenna W. | $475.00 | 4.70 | $2,232.50 | L300 | Discovery | L390 | Written Discovery | 2.00 | $950.00 | Teleconferences with Montrose's counsel re subpoena; continue drafting outline and reviewing documents; [redacted] |
| 06/26/14 | Badini, Aldo A. | $882.00 | 2.50 | $2,205.00 | L300 | Discovery | L330 | Written Discovery | 1.00 | $882.00 | Attention to issues relating to preparation for Montrose deposition and negotiation regarding document production and communications with Ms. Logoluso regarding same; preparation for 30(b)(6) deposition and communications with Ms. Logoluso regarding same; comments on draft communication to Montrose counsel regarding document production issues |
| 06/30/14 | Badini, Aldo A. | $882.00 | 1.50 | $1,323.00 | L300 | Discovery | L390 | Written Discovery | 0.50 | $441.00 | [redacted] communications regarding Montrose and 30(b)(6) deposition issues |
| 06/30/14 | Logoluso, Jenna W. | $475.00 | 5.70 | $2,707.50 | L300 | Discovery | L390 | Written Discovery | 3.00 | $1,425.00 | [redacted] continue prepping for 30b6 and Montrose depositions; [redacted] conduct research re Montrose |
| 07/01/14 | Badini, Aldo A. | $882.00 | 0.25 | $220.50 | L300 | Discovery | L330 | Written Discovery | 0.25 | $220.50 | Communications with Ms. Logoluso regarding issues for preparation for 30(b)(6) and Montrose depositions |
| 07/01/14 | Logoluso, Jenna W. | $475.00 | 7.80 | $3,705.00 | L300 | Discovery | L330 | Written Discovery | 4.00 | $1,900.00 | [redacted] continue deposition preparations for Montrose and 30b6 depositions; [redacted]; email correspondence with Montrose's counsel re deposition dates; review objections to 30(b)(6) deposition topics |
| 07/02/14 | Badini, Aldo A. | $882.00 | 1.50 | $1,323.00 | L300 | Discovery | L330 | Written Discovery | 0.50 | $441.00 | [redacted] communications with Ms. Logoluso regarding Montrose deposition issues; [redacted] |

| Date | Timekeeper | Rate | Hours | Amount | Code | Task | Code | Activity | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/02/14 | Logoluso, Jenna W. | $475.00 | 7.90 | $3,752.50 | L300 | Discovery | L350 | Written Discovery | 0.50 | $237.50 | ▮▮▮ email correspondence with Montrose's counsel re deposition date; ▮▮▮ |
| 07/07/14 | Badini, Aldo A. | $882.00 | 3.25 | $2,866.50 | L300 | Discovery | L330 | Written Discovery | 0.50 | $441.00 | ▮▮▮ communications with Ms. Logoluso regarding issues for preparation for Montrose deposition and ideas relating to same; accessing Montrose deposition documents produced in the cloud |
| 07/08/14 | Badini, Aldo A. | $882.00 | 4.00 | $3,528.00 | L300 | Discovery | L330 | Written Discovery | 1.00 | $882.00 | ▮▮▮ communications with Ms. Logoluso regarding Montrose deposition preparation |
| 07/11/14 | Logoluso, Jenna W. | $475.00 | 7.50 | $3,562.50 | L300 | Discovery | L330 | Written Discovery | 4.00 | $1,900.00 | ▮▮▮ continue preparing for Montrose deposition, including review of documents and email correspondence with opposing counsel |
| 07/12/14 | Logoluso, Jenna W. | $475.00 | 2.60 | $1,235.00 | L300 | Discovery | L330 | Written Discovery | 1.30 | $617.50 | ▮▮▮; continue Montrose deposition preparations |
| 07/14/14 | Badini, Aldo A. | $882.00 | 1.00 | $882.00 | L300 | Discovery | L330 | Written Discovery | 1.00 | $882.00 | Meetings with Ms. Logoluso regarding preparation for Montrose deposition and review selected documents regarding same |
| 07/14/14 | Logoluso, Jenna W. | $475.00 | 11.00 | $5,225.00 | L300 | Discovery | L330 | Written Discovery | 3.00 | $1,425.00 | Plan and prepare for Montrose deposition; call with A. Feinberg re same ▮▮▮ |
| 07/15/14 | Logoluso, Jenna W. | $475.00 | 10.30 | $4,892.50 | L300 | Discovery | L330 | Written Discovery | 3.00 | $1,425.00 | Continue preparation for Montrose deposition; continue drafting opposition to motion to dismiss; review court order re amending complaint |
| 07/16/14 | Badini, Aldo A. | $882.00 | 1.00 | $882.00 | L300 | Discovery | L330 | Written Discovery | 1.00 | $882.00 | Communications with Ms. Logoluso regarding Montrose deposition issues and areas of potential inquiry; call with Ms. Logoluso regarding results of deposition and necessary follow up regarding same |
| 07/16/14 | Logoluso, Jenna W. | $475.00 | 9.00 | $4,275.00 | L300 | Discovery | L330 | Written Discovery | 3.00 | $1,425.00 | Prepare for and take deposition of Montrose Software; draft email summarizing same; teleconference with A. Badini re same |
| 07/17/14 | Badini, Aldo A. | $882.00 | 0.50 | $441.00 | L300 | Discovery | L330 | Written Discovery | 0.20 | $176.40 | Communications regarding deficiencies in Montrose deposition and need for discovery regarding logs; ▮▮▮ |

Highly Confidential -- Attorney's Eyes Only

| Date | Timekeeper | Rate | Hours | Amount | Task Code | Task Description | Activity Code | Activity Description | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/22/14 | Obi, Shawn R. | $382 00 | 3.10 | $1,184.20 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/ Development | 1.50 | $573.00 | review and analysis of requests for documents evidencing log of website visitors algorithm and communications with Montrose Software; [redacted] |
| 09/04/14 | Costello, Christopher C. | $550 00 | 0.40 | $220.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/ Development | 0.40 | $220.00 | E-mails with J. Logoluso re scheduling of Maake deposition and e-discovery issues |
| 10/03/14 | Costello, Christopher C. | $550 00 | 0.30 | $165.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/ Development | 0.30 | $165.00 | E-mails re deposition of K. Maake |
| 10/08/14 | Badini, Aldo A. | $882 00 | 0.20 | $176.40 | L300 | Discovery | L330 | Written Discovery | 0.20 | $176.40 | Communications with Ms. Logoluso regarding Maake deposition issues |
| 10/08/14 | Costello, Christopher C. | $550 00 | 0.80 | $440.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/ Development | 0.80 | $440.00 | E-mails re Maake deposition and production of documents; e-mail from J. Logoluso re same |
| 10/11/14 | Logoluso, Jenna W. | $475 00 | 2.20 | $1,045.00 | L300 | Discovery | L330 | Written Discovery | 2.20 | $1,045.00 | Plan and prepare for K. Maake deposition, including drafting outline, reviewing/analyzing documents, and previous deposition transcripts |
| 10/11/14 | Obi, Shawn R. | $382 00 | 3.60 | $1,375.20 | L300 | Discovery | L330 | Written Discovery | 3.60 | $1,375.20 | Review and analysis of document production re: Google Analytics for Maake deposition preparation; create Google Analytics deposition preparation outline |
| 10/12/14 | Badini, Aldo A. | $882 00 | 0.20 | $176.40 | L300 | Discovery | L330 | Written Discovery | 0.20 | $176.40 | Communications with Ms. Logoluso regarding Maake deposition strategic issues |
| 10/12/14 | Costello, Christopher C. | $550 00 | 1.00 | $550.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/ Development | 1.00 | $550.00 | E-mails with J. Logoluso re deposition of K. Maake and questions re document retention, etc. |
| 10/12/14 | Logoluso, Jenna W. | $475 00 | 8.70 | $4,132.50 | L300 | Discovery | L330 | Written Discovery | 4.00 | $1,900.00 | Plan and prepare for K. Maake deposition, including drafting outline, reviewing/analyzing documents, and previous deposition transcripts; continue drafting portions of the undisputed statements of material fact |
| 10/13/14 | Logoluso, Jenna W. | $475 00 | 8.70 | $4,132.50 | L300 | Discovery | L330 | Written Discovery | 2.00 | $950.00 | Travel to Austin for Maake deposition and continue preparations; teleconference with C. Costello re same; [redacted] |
| 10/14/14 | Badini, Aldo A. | $882 00 | 0.50 | $441.00 | L300 | Discovery | L330 | Written Discovery | 0.50 | $441.00 | Communications with Ms. Logoluso during breaks in Maake deposition regarding various strategic issues; communications after deposition |
| 10/14/14 | Costello, Christopher C. | $550 00 | 4.50 | $2,475.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/ Development | 4.50 | $2,475.00 | Calls with J. Logoluso; attend deposition of Karin Maake; calls with J. Logoluso re results of same |
| 10/14/14 | Logoluso, Jenna W. | $475 00 | 14 30 | $6,792.50 | L300 | Discovery | L330 | Written Discovery | 4.00 | $1,900.00 | Prepare for and take deposition of K. Maake; travel back from Austin |
| 01/19/15 | Costello, Christopher C. | $550.00 | 2.00 | $1,100.00 | L300 | Discovery | L330 | Written Discovery | 2.00 | $1,100.00 | Draft section on preservation issues for McShane deposition; send same to J. Logoluso; call with A. Badini re McShane depo and questions re spoliation; draft outline for spoliation motion |
| 02/04/15 | Costello, Christopher C. | $550 00 | 0.20 | $110.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/ Development | 0.20 | $110.00 | E-mails with J. Logoluso re McShane depo prep |
| 02/05/15 | Costello, Christopher C. | $550 00 | 2.50 | $1,375.00 | L100 | Case Assessment, Development, and Administration | L120 | Fact Investigation/ Development | 2.50 | $1,375.00 | Review Mitchell declaration; draft additional questions for McShane depo re same and Google Analytics; review Google Analytics docs and send exhibits re same to J. Logoluso |

| Date | Timekeeper | Rate | Hours | Amount | Task | Task Desc | Activity | Activity Desc | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/15 | Badini, Aldo A. | $908 00 | 7.00 | $6,356.00 | L300 | Discovery | L330 | Written Discovery | 2.00 | $1,816.00 | Extensive preparation for deposition of Mr. McShane including meetings in office and working lunch with Mr. Lazar and Ms. Logoluso; continued review of select documents and outline; calls with counsel for Mr. McShane; meeting with Ms. Ciavarella regarding A690 issues |
| 03/11/15 | Logoluso, Jenna W. | $501 00 | 9.50 | $4,759.50 | L300 | Discovery | L330 | Written Discovery | 2.00 | $1,002.00 | Plan and prepare for McShane deposition (including conference with A. Badini and J. Lazar) and manage and oversee logistics of same; meet and confers (x2) with LB Foster's counsel re deposition topics and document production; review/analyze subpoenas /deposition notices served by PilePro |
| 03/12/15 | Badini, Aldo A. | $908 00 | 9.00 | $8,172.00 | L300 | Discovery | L330 | Written Discovery | 2 00 | $1,816.00 | Preparation for and taking first day of deposition of Mr. McShane; follow up meetings with Ms. Ciavarella, Ms. Logoluso, Mr. Lazar and Mr. McShane's counsel regarding same; preparation for day 2 |
| 03/12/15 | Logoluso, Jenna W. | $501 00 | 13 00 | $6,513.00 | L300 | Discovery | L330 | Written Discovery | 2.50 | $1,252.50 | Assist with deposition of G. McShane; call court re motion to extend discovery; email correspondence re opposition to same; revise opposition to motion to extend discovery |
| | | | | | | | | Total: | 70.15 | $38,768.40 | |

Highly Confidential -- Attorney's Eyes Only

# Allocated Disbursements

| Date | Type Code | Cost Code | Status | Qty | Value | Phase Code | Phase | Task Code | Task | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/17/14 | 219 | Lodging | B | - | $818.84 | DISB | Disbursements | DISB | Disbursements | VENDOR: Logoluso, Jenna W. INVOICE#: PR153420723201401 DATE: 7/23/2014 07/23/2014-07/23/2014; 7/6/2014 to 7/17/2014 - Travel to New York to prepare and take depositions of Montrose Software and 30(b)(6); Hotel accommodations (7/14 to 7/17) |
| 07/28/14 | 130 | Court Reporter | B | - | $2,071.15 | DISB | Disbursements | DISB | Disbursements | VENDOR: TSG Reporting, Inc. INVOICE#: 71614424649 DATE: 7/28/2014 Transcript Fee for Monstrose Software 30(b)(6) Deposition |
| 08/18/14 | 080 | Computerized Legal Research | B | - | $644.40 | DISB | Disbursements | DISB | Disbursements | Researching case law on spoliation standards and sanctions for same |
| 10/24/14 | 130 | Court Reporter | B | - | $2,465.60 | DISB | Disbursements | DISB | Disbursements | VENDOR: TSG Reporting, Inc. INVOICE#: 101414428197 DATE: 10/24/2014  Transcript Fee for Karin Maake Deposition |
| 10/24/14 | 130 | Court Reporter | B | - | $1,137.50 | DISB | Disbursements | DISB | Disbursements | VENDOR: TSG Reporting, Inc. INVOICE#: 101414428198 DATE: 10/24/2014  Videography for Karin Maake Deposition |
| 11/13/14 | 080 | Computerized Legal Research | B | - | $58.79 | DISB | Disbursements | DISB | Disbursements | Researching case law re spoliation and sanctions |
| 11/18/14 | 080 | Computerized Legal Research | B | - | $116.06 | DISB | Disbursements | DISB | Disbursements | Researching case law re spoliation and sanctions |
| 12/02/14 | 080 | Computerized Legal Research | B | - | $43.11 | DISB | Disbursements | DISB | Disbursements | Researching case law re spoliation and sanctions |
| 12/08/14 | 080 | Computerized Legal Research | B | - | $21.56 | DISB | Disbursements | DISB | Disbursements | Researching case law for spoliation motion |
| 12/08/14 | 080 | Computerized Legal Research | B | - | $178.20 | DISB | Disbursements | DISB | Disbursements | Researching case law for spoliation motion and checking citations for brief |
| 01/21/15 | 080 | Computerized Legal Research | B | - | $86.23 | DISB | Disbursements | DISB | Disbursements | Researching case law cited in opposition brief |
| 01/22/15 | 080 | Computerized Legal Research | B | - | $86.01 | DISB | Disbursements | DISB | Disbursements | Researching case law cited in opposition brief |
| 01/23/15 | 080 | Computerized Legal Research | B | - | $25.70 | DISB | Disbursements | DISB | Disbursements | Researching case law cited in opposition brief |
| 03/22/15 | 080 | Computerized Legal Research | B | - | $64.67 | DISB | Disbursements | DISB | Disbursements | Researching case law for spoliation motion |
| 03/23/15 | 130 | Court Reporter | B | - | $1,140.00 | DISB | Disbursements | DISB | Disbursements | VENDOR: TSG Reporting, Inc. INVOICE#: 31215434020 DATE: 3/23/2015  for videography of 3-12-15 McShane Deposition |

| 03/23/15 | 130 | Court Reporter | B | - | $3,805.90 | DISB | Disbursements | DISB | Disbursements | VENDOR: TSG Reporting, Inc. INVOICE#: 31215434019 DATE: 3/23/2015  Transcript Fee for 3-12-15 McShane Deposition |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 03/24/15 | 080 | Computerized Legal Research | B | - | $86.23 | DISB | Disbursements | DISB | Disbursements | Researching case law on spoliation and sanctions |
| 03/25/15 | 080 | Computerized Legal Research | B | - | $32.23 | DISB | Disbursements | DISB | Disbursements | Checking citations in briefing |
| 03/26/15 | 080 | Computerized Legal Research | B | - | $43.11 | DISB | Disbursements | DISB | Disbursements | Researching and checking case citations |
| | | | | **Total** | **$12,925.29** | | | | | |

Highly Confidential -- Attorney's Eyes Only