```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
SKYLINE STEEL, LLC,                                                   :
                                                                      :
                              Plaintiff,                              :
                                                                      :    13-CV-8171 (JMF)
             -v-                                                      :
                                                                      :          ORDER
PILEPRO, LLC,                                                         :
                                                                      :
                              Defendant.                              :
                                                                      :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      For the reasons stated on the record earlier today, Plaintiff Skyline Steel, LLC is awarded $42,078.90 in attorney's fees as a compensatory sanction arising from Defendant PilePro, LLC's contempt. (*See* Docket No. 627). Defendant PilePro, LLC shall pay Plaintiff Skyline Steel, LLC that amount within three weeks of the date of this Order.

      SO ORDERED.

Dated: October 5, 2018
       New York, New York
                                           JESSE M. FURMAN
                                    United States District Judge